## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

HERMAN HAMPTON                                                    PLAINTIFF

V.                              NO. 3:15CV00404-JTR

CAROLYN W. COLVIN,                                               DEFENDANT
Acting Commissioner,
Social Security Administration


### JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Herman Hampton, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 1st day of August, 2016.


_____
UNITED STATES MAGISTRATE JUDGE